JOHN a negro man, *against* BENONI DAWSON.

One who is not an inhabitant of Westmoreland county before 23d September 1780,brings a slave from Maryland into that county in October 1782, and registers him in December following, the negro is entitled to his freedom.

HOMINE *replegiando.* Plea property.

It was admitted on trial, by both parties, that the plaintiff was born a slave in Maryland, and was brought from thence in the month of October 1782, into Westmoreland county, by the defendant his then master, who before the 23d September 1780, was not an inhabitant of Westmoreland or Washington counties ; and that the plaintiff was registered in the office of the clerk of the peace of Westmoreland county, as a slave on the 30th December 1782.

By the court. The facts admitted will not bear an argument. The defendant was not an inhabitant of Westmoreland county before the 23d September 1780, and therefore does not come within the words or meaning of the act of 13th April 1782. Neither he nor the negro were within the state at that time. In a much stronger case on a *habeas corpus* in Washington county against Aberilla Blackmore, the court liberated two negro women.

Verdict *pro quer.*

Messrs. Woods and Collins, *pro quer.*
Messrs. Young and Sample, *pro def.*